Case4:11-cv-04769-PJH Document10 Filed05/20/13 Page1 of 2

ALAN R. BRAYTON, ESQ., CA S.B. #73685
DAVID R. DONADIO, ESQ., CA S.B. #154436
Email: DDonadio@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415)898-1247 (Facsimile)

Attorneys for Plaintiffs

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEWAYNE KEYS and PATRICIA KEYS,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY, et al.<br><br>Defendants. | No. 4:11-cv-04769-PJH<br><br>**REQUEST FOR DISMISSAL OF ASBESTOS EXPOSURE ON OR AFTER DECEMBER 5, 1980 FROM DEFENDANT UNITED STATES STEEL CORPORATION (FKA USX CORPORATION), WITH PREJUDICE; ORDER** |

Plaintiff hereby dismisses all allegations, if any, related to exposure to asbestos on or after December 5, 1980 as to UNITED STATES STEEL CORPORATION (FKA USX CORPORATION) and hereby amends his or her complaint(s) accordingly.

///

///

///

1

REQUEST FOR DISMISSAL OF ASBESTOS EXPOSURE ON OR AFTER DECEMBER 5, 1980 FROM DEFENDANT UNITED STATES STEEL CORPORATION (FKA USX CORPORATION), WITH PREJUDICE; ORDER

Case4:11-cv-04769-PJH Document10 Filed05/20/13 Page2 of 2

Dated: May 16, 2013

BRAYTON❖PURCELL LLP

By: s/ David R. Donadio
DAVID R. DONADIO, ESQ., CA S.B. #154436
Email: DDonadio@braytonlaw.com
Tel: (415) 898-1555
Fax: (415)898-1247
Attorneys for Plaintiffs

Dated: May 16, 2013

BISHOP BARRY DRATH

By: [signature]
JOHN A. BURKE, ESQ. S.B. #148385
Attorneys for Defendant
UNITED STATES STEEL
CORPORATION f/k/a USX CORPORATION

Dated: 5/20/13

**SO ORDERED:**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Phyllis J. Hamilton

PHYLLIS J. HAMILTON
United States District Judge

2

REQUEST FOR DISMISSAL OF ASBESTOS EXPOSURE ON OR AFTER DECEMBER 5, 1980 FROM DEFENDANT UNITED STATES STEEL CORPORATION (FKA USX CORPORATION), WITH PREJUDICE; ORDER