1  ALAN R. BRAYTON, ESQ., CA S.B. #73685
   DAVID R. DONADIO, ESQ., CA S.B. #154436
2  Email: DDonadio@braytonlaw.com
   BRAYTON❖PURCELL LLP
3  Attorneys at Law
   222 Rush Landing Road
4  P.O. Box 6169
   Novato, California 94948-6169
5  (415) 898-1555
   (415) 898-1247 (Facsimile)
6
   Attorneys for Plaintiffs
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 DEWAYNE KEYS and                    ) No. 4:11-cv-04769-PJH
   PATRICIA KEYS,                      )
12                                     ) REQUEST FOR DISMISSAL OF
              Plaintiffs,              ) ASBESTOS EXPOSURE ON OR
13                                     ) AFTER DECEMBER 5, 1980 FROM
   vs.                                 ) DEFENDANT UNITED STATES STEEL
14                                     ) CORPORATION (FKA USX
   GENERAL ELECTRIC COMPANY, et al.    ) CORPORATION), WITH PREJUDICE;
15                                     ) ORDER
              Defendants.              )
16                                     )
                                       )
17                                     )
                                       )
18                                     )
                                       )
19 _____ )

20

21     Plaintiff hereby dismisses all allegations, if any, related to exposure to asbestos on or

22 after December 5, 1980 as to UNITED STATES STEEL CORPORATION (FKA USX

23 CORPORATION) and hereby amends his or her complaint(s) accordingly.

24 ///

25 ///

26 ///

27

28
                                              1
   REQUEST FOR DISMISSAL OF ASBESTOS EXPOSURE ON OR AFTER DECEMBER 5, 1980 FROM
   DEFENDANT UNITED STATES STEEL CORPORATION (FKA USX CORPORATION), WITH PREJUDICE;
   ORDER

| | | |
|---|---|---|
| 1 | Dated: May 16, 2013 | BRAYTON❖PURCELL LLP |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | By: s/ David R. Donadio |
|   | | DAVID R. DONADIO, ESQ., CA S.B. #154436 |
| 6 | | Email: DDonadio@braytonlaw.com |
|   | | Tel: (415) 898-1555 |
| 7 | | Fax: (415)898-1247 |
|   | | Attorneys for Plaintiffs |

10 Dated: May 16, 2013              BISHOP BARRY DRATH

By: /s/ John A. Burke
JOHN A. BURKE, ESQ. S.B. #148385
Attorneys for Defendant
UNITED STATES STEEL
CORPORATION f/k/a USX CORPORATION

19 Dated: 5/20/13                   SO ORDERED:

PHYLLIS J. HAMILTON
United States District Judge

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Phyllis J. Hamilton]*

2
REQUEST FOR DISMISSAL OF ASBESTOS EXPOSURE ON OR AFTER DECEMBER 5, 1980 FROM DEFENDANT UNITED STATES STEEL CORPORATION (FKA USX CORPORATION), WITH PREJUDICE; ORDER