ALAN R. BRAYTON, ESQ., CA S.B. #73685
GEOFF T. SLONIKER, ESQ., CA S.B. #268049
Email: GSloniker@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415)898-1247 (Facsimile)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEWAYNE KEYS and PATRICIA KEYS,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY,<br><br>　　　　Defendant. | No. 3:11-cv-04769-CRB<br><br>**REQUEST FOR DISMISSAL OF DEFENDANT UNITED STATES STEEL CORPORATION (FKA USX CORPORATION), WITH PREJUDICE; ORDER** |

　　　　The parties request this Court dismiss defendant UNITED STATES STEEL CORPORATION (FKA USX CORPORATION) from this action with prejudice. Each party to bear its own fees and costs.

///

///

///

///

1
REQUEST FOR DISMISSAL OF DEFENDANT UNITED STATES STEEL CORPORATION (FKA USX CORPORATION), WITH PREJUDICE; ORDER

| | | |
|---|---|---|
| 1 | Dated: June 4, 2013 | BRAYTON❖PURCELL LLP |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | By: _/s/ Geoff Sloniker/_ |
| | | Geoff T. Sloniker, Esq., CA S.B. #268049 |
| 6 | | GSloniker@braytonlaw.com |
| | | Tel: (415) 898-1555 |
| 7 | | Fax: (415)898-1247 |
| | | Attorneys for Plaintiffs |
| 8 | | |
| 9 | | |
| 10 | Dated: 6/25/13 | BISHOP, BARRY, DRATH |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | By: _/s/ David Beach/_ |
| | | David F. Beach |
| 15 | | Attorneys for Defendant |
| | | UNITED STATES STEEL CORPORATION |
| 16 | | (FKA USX CORPORATION) |
| 17 | | |
| 18 | | |
| 19 | Dated: June 28, 2013 | SO ORDERED: |

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

IT IS SO ORDERED
Judge Charles R. Breyer

United States District Judge

2
REQUEST FOR DISMISSAL OF DEFENDANT UNITED STATES STEEL CORPORATION (FKA USX CORPORATION), WITH PREJUDICE; ORDER