ALAN R. BRAYTON, ESQ., CA S.B. #73685
GEOFF T. SLONIKER, ESQ., CA S.B. #268049
Email: GSloniker@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Facsimile)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEWAYNE KEYS and PATRICIA KEYS, <br><br> Plaintiffs, <br><br> vs. <br><br> GENERAL ELECTRIC COMPANY, <br><br> Defendant. | No. 3:11-cv-04769-CRB <br><br> **REQUEST FOR DISMISSAL OF DEFENDANT UNITED STATES STEEL CORPORATION (FKA USX CORPORATION), WITH PREJUDICE; ORDER** |

The parties request this Court dismiss defendant UNITED STATES STEEL CORPORATION (FKA USX CORPORATION) from this action with prejudice. Each party to bear its own fees and costs.

///

///

///

///

---

1
REQUEST FOR DISMISSAL OF DEFENDANT UNITED STATES STEEL CORPORATION (FKA USX CORPORATION), WITH PREJUDICE; ORDER

| | | |
|---|---|---|
| 1 | Dated: June 4, 2013 | BRAYTON❖PURCELL LLP |
| 2 | | |
| 4 | | By: _____ |
| 5 | | Geoff T. Sloniker, Esq., CA S.B. #268049 |
| 6 | | GSloniker@braytonlaw.com<br>Tel: (415) 898-1555 |
| 7 | | Fax: (415)898-1247<br>Attorneys for Plaintiffs |
| 10 | Dated: 6/25/13 | BISHOP, BARRY, DRATH |
| 14 | | By: _____ |
| 15 | | David F. Beach<br>Attorneys for Defendant |
| 16 | | UNITED STATES STEEL CORPORATION<br>(FKA USX CORPORATION) |
| 19 | Dated: June 28, 2013 | SO ORDERED: |
| 23 | | _____<br>United States District Judge |

IT IS SO ORDERED
Judge Charles R. Breyer

---

2

REQUEST FOR DISMISSAL OF DEFENDANT UNITED STATES STEEL CORPORATION (FKA USX CORPORATION), WITH PREJUDICE; ORDER